Georgia(?) [illegible] 2023
July 5th 2023

Clerk

I'm requesting my petition be processed with the Court.

I set in good faith effort [illegible] this proof of filing of my petition.

Thank you!

[signature]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Broadcast Music Inc.
Publisher:
Robert Emil Robinson
Petitioner

v.

Federal Bureau of Prisons
Warden: Forrest City Medium
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 1-98-CR-10005-001
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: BMI-Publisher: Robert E. Robinson
   (b) Other names you have used: ARKANSAS ROB

2. Place of confinement:
   (a) Name of institution: Federal Prison Forrest City, AR
   (b) Address: P.O. Box 3000, Forrest City, AR 71336
   (c) Your identification number: # 05731-010

3. Are you currently being held on orders by:
   ☑ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 10 Judicial District Circuit Court Ashley County Arkansas
   (b) Docket number of criminal case: 2022-CR-192
   (c) Date of sentencing: Oct, 25, 2022
   ☐ Being held on an immigration charge
   ☑ Other (explain): Mental Health Disorder Suffering Is Depersonalization: explained: One surrounding becoming distorted or unreal in some way

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits).

☐ Pretrial detention
☐ Immigration detention
☑ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): My disability that I suffer from is called Depersonalization which is a Liability for the Landen and state

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Note: Social Security Administration El Dorado AR Office is a form of Claim
   (b) Docket number, case number, or opinion number: Case No. 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
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Judge Mrs. Hickey: The Social Security Administration has declaned me as disable suffering from disorder Depersonalization.
   (d) Date of the decision or action: Award pending my claim

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: N/A
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☑ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes      ☒ No

   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes      ☐ No

    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☒ Yes      ☐ No

If "Yes," provide:
(1) Name of court: Ashley County Circuit Court
(2) Case number: 2022-r-1-142
(3) Date of filing: pending processing by Clerk
(4) Result: pending response
(5) Date of result: Ineffective Counselor Lihong
(6) Issues raised: represented me before the Court

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number: N/A
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court: N/A

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Note: I, Robert Earl Robinson are a registrated Publisher, Whom is now under Contract with Broadcast Music Inc. Whom Own the following:

(a) Supporting facts (Be brief. Do not cite cases or law.):
Trade-Mark: ARKANSAS ROB ENTERTAINMENT.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** Note: I, Robert Earl Robinson, Whom, Suffer from Disorder request from the District Court review of my Claim of Recordation of petition

(a) Supporting facts (Be brief. Do not cite cases or law.):
Which I now give Constructive Notice of Document, For my Intellectual Property Claim of Blanket License.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND THREE:** Note: I, Robert Earl Robinson a registrated Publisher will in direct permission of the Court:

(a) Supporting facts (Be brief. Do not cite cases or law.):
Issuse Nonexclusive license Which Will prevail over any Conflicting rights term of Ownship. Under BMI-Society performing rights.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:** Note: Visuably perceptible Ct. mindisorder effect that I much to suffer from must by penanche for certain by the Dist Court Order

(a) Supporting facts *(Be brief. Do not cite cases or law.):* Circuit of Claims made for protection of rights under recordation as constructive notice of Document of Petition for Habeas Corpus

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Unauthorized publication of Claim of performance/might Non-exclusive, license shall be put on notice of Trade-Mark Claim.

**Request for Relief**

15. State exactly what you want the court to do: Wickly Hickey due-in-fact of momented mealthy disorder suffer from requine Judicial review under Writ of Habeas Corpus Recordation as Constructive Notice of Document Claim

Page 8 of 9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: July 5th, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: July 5th, 2023          _____
                                              Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9 of 9

Robert Robinson ##-010
FCI - Forrest City Medium
P.O. Box 3000
Forrest City, AR 72336.

TO:
Federal District Court:
Judge Mrs. Hickey
101 South Jackson Ave.
El Dorado, AR 71730.



Retail
U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR 72335
JUL 05, 2023
$0.00
71730
R2305E124716-09
RDC 99

*[Handwritten signature and dates on yellow envelope:]*

*[signature]*
*29, 2023*
*July 5th, 2023*